UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOURNEYS ACADEMY, INC., a Florida corporation

      Plaintiff,

v.                                                                   Case No:   2:13-cv-285-FtM-38CM

PNC BANK, NATIONAL ASSOCIATION and LIBERTY BANSHARES IOWA, INC.,

      Defendants.
_____/

## ORDER[1]

This matter comes before the Court on the Mediator's Report (Doc. #60) filed on February 6, 2014. The Mediator's Report shows that a settlement agreement was reached in this case, however to date the Parties have not filed a Notice of Settlement with the Court. Pursuant to M.D. Fla. Local Rule 3.08, "it shall be the duty of all counsel to immediately notify the Court upon the settlement of any case." Thus, the Court shall direct the Parties to file a written status report informing the Court of the progress of settlement proceedings.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

The Parties are hereby directed to file a Notice of Settlement or a written status report on or before **February 28, 2014**, notifying the Court of the status of the case.

**DONE** and **ORDERED** in Fort Myers, Florida this 21st day of February, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record